415 A.2d 87

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**John RENDA, II, Appellant.**

Supreme Court of Pennsylvania.

Argued May 20, 1980.

Decided June 18, 1980.

John H. Chronister, Office of Public Defender, Brooks Pomper, Daniel M. Pell, York, for appellant.

Richard H. Horn, Floyd P. Jones, Michael E. Bortner, Asst. Dist. Attys., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Judgment of sentence and order affirmed.